UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN W. WALLACE,

    Plaintiff,

    v.

    Defendant.

Case No. 14-mc-80239-WHO

**ORDER DENYING LEAVE TO FILE COMPLAINT PURSUANT TO PRE-FILING REVIEW ORDER**

Re: Dkt. No. 1

On August 15, 2014, plaintiff John Wallace submitted a complaint to this Court. Dkt. No. 1. Any new complaint submitted by Wallace is subject to pre-filing review pursuant to the order entered by Judge Smith in *Wallace v. United States Government*, No. 04-cv-01147-FMS, Dkt. No. 21 (N.D. Cal. Nov. 18, 2004).

Wallace's current complaint is comprised of five pages containing a total of approximately one hundred handwritten sentences, most of which state, "CHARGE: TRESPASS:" followed by a street address. Dkt. No. 1. The complaint identifies no party against whom any claims are brought and states no facts that could be construed to entitle Wallace to relief. Wallace filed a substantially similar complaint in this district on September 22, 2014. *See In re Walker*, No. 14-mc-80268-JST (N.D. Cal. filed Sep. 29, 2014). Judge Tigar denied leave to file the complaint pursuant to the pre-filing review order, stating that he was "unable to conclude that Wallace's claims are not frivolous or made in bad faith." *Id.* at Dkt. No. 2.

The same observation applies here – i.e., I cannot say that Wallace's complaint is not frivolous or made in bad faith. Accordingly, Wallace is DENIED leave to file the complaint, and this case is DISMISSED.

**IT IS SO ORDERED**.

Dated: July 8, 2015

WILLIAM H. ORRICK
United States District Judge